PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Michael Berteletti**　　　　　　　　　　　　Docket No. **08-cr-00794-2**

### Petition for Action on Conditions of Pretrial Release

　　　　COMES NOW **Stephanie Ferruggia** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Michael Berteletti**, who was placed under pretrial release supervision by the **Honorable Madeline Cox-Arleo** sitting in the Court at Newark, New Jersey, on July 31, 2008 under the following conditions:

**1. Pretrial Services Supervision**
**2. Travel restricted to NJ and NY, unless otherwise approved by Pretrial Services**
**3. Surrender passport and do not apply for any new travel documents**
**4. Surrender wife and children's passports and they are not to apply for new travel documents**
**5. Drug testing and treatment as deemed appropriate by Pretrial Services**
**6. Mental health treatment as deemed appropriate by Pretrial Services**
**7. Notify the Financial Industry Regulatory Authority, any present or future investor clients of his federal charge and provide proof of same to Pretrial Services**

On April 27, 2009 the defendant appeared before Your Honor and entered a guilty plea at which time he was permitted to remain on bail under the same conditions set previously by the Honorable Madeline Cox-Arleo.

　　　Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER the added conditions of 1) Refrain from the use of alcohol, and 2) Submit to alcohol testing and treatment as deemed appropriate by Pretrial Services.

ORDER OF COURT

Considered and ordered this 20th day of MAY, 2009 and ordered filed and made a part of the records in the above case.

_____
Honorable Dennis M. Cavanaugh
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   19 MAY 2009

s/
_____
Stephanie Ferruggia
U.S. Pretrial Services Officer