# EPSTEIN, COHEN & GILBERTI
A LIMITED LIABILITY COMPANY

COUNSELORS AT LAW

SUITE 210
TWENTY-ONE EAST FRONT STREET
RED BANK, NEW JERSEY 07701

MICHAEL V. GILBERTI*
DAVID M. EPSTEIN
SANDRA L. COHEN

T: (732) 212-0400
F: (732) 212-8408
E: ATTORNEY@ECG-LAW.COM

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY
AS A CRIMINAL TRIAL ATTORNEY

FILE NO.:

April 1, 2010

Honorable Dennis M. Cavanaugh
United States District Judge
Frank H. Lautenberg Post Office
& Courthouse, Room 451
P. O. Box 999
Newark, New Jersey 07101-0999

Re: United States v. Michael Berteletti
Crim. No. 08-794

Dear Judge Cavanaugh:

We represent Michael Berteletti in the above-captioned matter. The sentencing hearing is scheduled for April 12, 2010. I respectfully request a 2 week adjournment of the sentencing hearing as there are problems with the PreSentence Report which we are trying to resolve. We have discussed this with Assistant U.S. Attorney Stacy Levine, and she does not object to an adjournment.

Very truly yours,

Michael V. Gilberti

MVG/pe
Enclosure
cc: AUSA Stacy Levine

4/6/10
SO ORDERED
_____
DENNIS M. CAVANAUGH, U.S.D.J.