EPSTEIN, COHEN & GILBERTI, LLC
By: Michael V. Gilberti, Esq.
21 East Front Street, Suite 210
Red Bank, New Jersey 07701
732-212-0400
Attorneys for Defendant Michael Berteletti

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | District Case No. 2-08-cr-794 |
| Plaintiff, | |
| v. | |
| MICHAEL BERTELETTI | CONSENT ORDER |
| Defendant. | *Electronically Filed* |

This matter having been brought before the Court on the application of defendant, Michael Berteletti, and Michael V. Gilberti, of Epstein, Cohen & Gilberti, LLC, requesting: (1) expedited consideration of this application; and (2) an Order, staying and postponing his surrender date for three weeks from 12:00 noon on Wednesday, September 22, 2010 to 12:00 noon on Wednesday, October 13, 2010 based on the need to resolve certain family matters and financial matters; and the government (by AUSA Stacey Levine) having consented; and good cause being shown;

It is on this 20th day of September, 2010,

ORDERED that:

(1) expedited consideration is hereby granted; and

(2) the date on which the defendant shall surrender to the Federal Bureau of Prisons is extended to 12:00 noon on Wednesday, October 13, 2010.

Hon. Dennis M. Cavanaugh, U.S.D.J.

Consented to:

Stacey Levine, A.U.S.A.
On behalf of the United States

Date: September 7, 2010

Consented to:

Michael V. Gilberti
Attorney for Defendant

Date: September 17, 2010