PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Michael Berteletti                                    Cr.: 08-00794-002
                                                                        PACTS #: 52476

Name of Sentencing Judicial Officer:   THE HONORABLE DENNIS M. CAVANAUGH
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/18/2010

Original Offense:      Count 1: Conspiracy to Commit Mail and Wire Fraud
                       Count 2: Conspiracy to Commit Money Laundering

Original Sentence: 60 months imprisonment, 36 months supervised release

Special Conditions: Restitution - $10,264,396.57, Substance Abuse Testing/Treatment, Mental Health Treatment, No New Debt/Credit, Employment Requirements/Restrictions

Type of Supervision: Supervised Release                          Date Supervision Commenced:

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On May 26, 2016, the offender provided a urine sample which tested positive for cocaine. Initially, the offender denied any substance abuse, but in a subsequent interview, the offender admitted he had attended a party where friends had used cocaine and marijuana, and the offender consumed beer. |

U.S. Probation Officer Action:
The offender is being supervised by the United States Probation Office in the Eastern District of New York. At this time, they are requesting no action be taken against the offender. The offender has been referred to a substance abuse treatment program that will accommodate his mental health and substance abuse issues while assisting him with stabilizing his lifestyle. They will continue to monitor the offender for substance abuse and will report any further drug use to the Court with an appropriate recommendation. The United States Probation Office in the District of New Jersey concurs with this recommendation and requests no action be taken by the Court at this time.

                                                        Respectfully submitted,

                                                        By: Patrick Hattersley
                                                            Senior United States Probation
                                                            Officer
                                                        Date: 07/21/2016     kp

Prob 12A – page 2
Michael Berteletti

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

July 27, 2016
Date